

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00613-CR

Rosie **STRAIT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0657W
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On August 25, 2014, appellant Rosie M. Strait filed a "Motion for Leave to File Late Notice of Appeal" with the district clerk. That document, along with the trial court's "Certificate of Notice of Appeal to the Fourth Court of Appeals" was filed in this court on August 29, 2014. However, no notice of appeal appears to have been filed in the trial court or in this court.

This court's jurisdiction is invoked by the timely filing of a notice of appeal. *Johnson v. State*, 84 S.W.3d 658, 667 (Tex. Crim. App. 2002); *Finch v. State*, 66 S.W.3d 323, 324 (Tex. App.—Fort Worth 2001, no pet.); TEX. R. APP. P. 25.2(b). The notice of appeal must be timely, in writing, and substantively correct. *Finch*, 66 S.W.3d at 324 (citing *State v. Riewe*, 13 S.W.3d 408, 410–13 (Tex. Crim. App. 2000)). Because it appears appellant has not filed a notice of appeal, she has seemingly failed to invoke this court's jurisdiction. *See* TEX. R. APP. P. 25.2.

Accordingly, we **ORDER** appellant to file a written response in this court on or before **October 6, 2014** establishing that she has timely filed a notice of appeal and thereby invoked this court's jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See id.* If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.



Keith E. Hottle
Clerk of Court